Opinion filed August 6, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed August 6,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00058-CR

                                 __________

 

                                MICHAEL LEE CANTERO, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 266th District Court

                                               Erath
County, Texas

                                     Trial
Court Cause No. CR12941

 



 

                                             M E
M O R A N D U M    O P I N I O N

Michael Lee Cantero has filed in this court a motion
to dismiss his appeal.  The motion is signed by both appellant and his
counsel.  The motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

August 6, 2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.